UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MANUEL FELIPE GOMEZ-GOMEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>BRISON SWEARINGEN in his official capacity as Sheriff of Clay County Justice Center Detention Facility,<br>SAMUEL OLSEN in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Chicago Field Office,<br>KRISTI NOEM in her official capacity as Secretary of the Department of Homeland Security,<br>PAM BONDI in her official capacity as Attorney General of the United States,<br><br>                    Respondents. | No. 2:25-cv-00606-JRS-MJD |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on December 31, 2025, and issued final judgment that same day. Dkts. 29, 30. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/21/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:
All Electronically Registered Counsel